[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-16817
Non-Argument Calendar

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Oct. 13, 2009
THOMAS K. KAHN
CLERK

_____

D. C. Docket No. 07-00296-CR-J-34-JRK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT BELTZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(October 13, 2009)

Before MARCUS, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Louis R. Hardin, appointed counsel for Robert Beltz in this direct criminal

appeal, has moved to withdraw from further representation of the appellant because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Beltz's conviction and sentence are **AFFIRMED**.